IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DUSTAN L HOLCK,<br><br>    Plaintiff,<br><br>vs.<br><br>MARICOPA COUNTY SHERIFF'S OFFICE et al.,<br><br>    Defendant. | No.  CV-05-3667-PHX-MHM (BPV)<br><br>**ORDER** |

Plaintiff has filed a pro se civil rights complaint under 42 U.S.C. § 1983. The matter was referred to United States Magistrate Judge Bernardo P. Velasco who has issued a Report and Recommendation that recommends that the complaint and action should be dismissed without prejudice. (Doc. 6). Plaintiff has not filed written objections to the Report and Recommendation.

**STANDARD OF REVIEW**

The district court must review the Magistrate Judge's findings and recommendations de novo if objection is made but not otherwise. United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003)(en banc).  See 28 U.S.C. § 636(b)(1)(C)("[a] judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made").

**DISCUSSION**

The Magistrate Judge has recommended that the complaint and action should be dismissed without prejudice under Fed.R.Civ.P. 41(b) for failure to prosecute.  As discussed

1  in the Report and Recommendation, a docket entry dated May 10, 2006 shows that mail sent
2  to Plaintiff was returned as undeliverable. (Doc. 5). Following the filing of the Report and
3  Recommendation, a docket entry dated July 12, 2006 shows that mail sent to Plaintiff was
4  returned as undeliverable. (Doc. 7). Plaintiff has failed to keep the Court advised of his
5  current address and has failed to prosecute this case.

**Accordingly**,

**IT IS ORDERED** adopting the Magistrate Judge's Report and Recommendation (Doc. 6) as the Order of the Court.

**IT IS FURTHER ORDERED** that the complaint (Doc. 1) and action are dismissed without prejudice.

DATED this 4th day of August, 2006.

_____
Mary H. Murguia
United States District Judge